LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229   Facsimile
tocollect@aol.com   E-Mail


Attorneys for the Plaintiff:
MEGLODON FINANCIAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MEGLODON FINANCIAL, LLC<br><br>            Plaintiff,<br><br>       vs.<br><br>RENADA NADINE MARCH,<br>FAY E. MARCH, Defendant In-Intervention<br><br>            Defendants. | CASE NO:  SACV10-01144DOC (RCx).<br><br>**RELATED TO:**<br><br>CASE NO:   SACV10-00516DOC<br><br>**RELATED TO:**<br>CASE NO: SACV10-00260 DOC (Ex<br><br>**APPLICATION FOR AN ORDER TO SHOW CAUSE WHY RENADA  NADINE MARCH AND FAYE MARCH SHOULD NOT BE HELD IN CONTEMPT OF COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the Plaintiff applies ex-parte for an Order to Show Cause why RENANA NADINE MARCH and FAY MARCH should not be held in Contempt of this Court for violation of the Court's Order Remanding Case back to the State Court.

This Application will be made upon its papers and filings, the Memorandum of Points and Authorities as well as such oral argument that may occur at the hearing in this action should this Court invite oral argument.

.

                                                  Respectfully submitted,

                                                  LARRY ROTHMAN & ASSOCIATES

Dated:   August 4, 2010

                                                       S/LARRY ROTHMAN
                                                   _____
                                                       LARRY ROTHMAN,
                                                         Attorney for Plaintiff:
                                                   MEGLODON FINANCIAL, LLC

# PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid.  I am over the age of 18 and not a party to the within action; my business address is:  City Plaza, 1 City Boulevard West, Suite 850, Orange, California 92868

On August 4, 2010, served the foregoing document described as:

**APPLICATION FOR AN ORDER TO SHOW CAUSE WHY RENADA NADINE MARCH AND FAYE MARCH SHOULD NOT BE HELD IN CONTEMPT OF COURT**

on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

**FAY E. MARCH**
**RENADA NADINE MARCH**
**7 Bluebird Lane**
**Aliso Viejo, California 92656**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 4, 2010, at Orange, California.

S/LARRY ROTHMAN

_____
LARRY ROTHMAN

**3**